[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 5, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-15738
Non-Argument Calendar

_____

D. C. Docket No. 92-00043-CR-001

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LABARRON PENDLETON,
a.k.a. Bright Eyes,
a.k.a. Red,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(June 5, 2006)**

Before TJOFLAT, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

Latisha V. Colvin, appointed counsel for Labarron Pendleton, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Pendleton's supervised release and resulting sentence are **AFFIRMED**.